UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

CARLOS GILBERT LAW,

    Plaintiff,

  v.

LVN GRIPE, et. al.,

    Defendants.

Case No.  16-cv-4149-NJV (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner.  Plaintiff raises claims regarding the conditions of his confinement at California Medical Facility in Vacaville, California.  This prison lies within the venue of the United States District Court for the Eastern District of California.  Venue, therefore, properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).  This case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated:  August 2, 2016

                                                                     _____
NANDOR J. VADAS
United States Magistrate Judge