UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GILBERT LAW,<br><br>           Plaintiff,<br><br>   v.<br><br>RUBINO, et al.,<br><br>           Defendants. | No. 2:16-cv-1830-EFB P<br><br><br>ORDER |

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. ECF No. 8. In the operative complaint, plaintiff alleges that defendant Rubino sexually assaulted him and defendant Gripe refused to provide medical care for the resulting injuries. *Id.* Plaintiff has filed two motions for injunctive relief, alleging that he continues to be denied medical treatment for his penis, which is painful and bleeding as a result of Rubino's alleged assault. ECF Nos. 41, 44. He alleges that custody staff are retaliating against him by telling other inmates he is a "snitch," which has caused him to be assaulted by a fellow inmate. ECF No. 41. Plaintiff also claims that another custody officer sexually assaulted him on May 8, 2017 and other staff denied him food on at least one occasion. ECF No. 44.

       Defendants answered the complaint on June 23, 2017, but have thus far filed no response to plaintiff's injunctive relief motions, the first of which was filed on May 2, 2017. Due to the seriousness and time-sensitivity of plaintiff's allegations, the court hereby ORDERS defendants

1

to file an opposition or other appropriate response to plaintiff's motions (ECF Nos. 41, 44) within seven days of the date of this order.

DATED: July 27, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE